UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**                                                       Case No. 2:18-mj-578

**Franklin Eugene Perry**

## COURTROOM MINUTES

| JUDGE: | Elizabeth A. Preston Deavers | DATE AND TIME: | 8/13/2018 at 1:30 pm |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Heather Hill |
| RECORD: | CourtSmart | COUNSEL FOR DEFT(S). | Terry Sherman |
| INTERPRETER: | | PRETRIAL/PROBATION: | Letitia Vasquez-Villa |

Initial Appearance

-Dft advised of rights, penalties, and charges
-Financial affidavit submitted, CJA Panel Attorney Terry Sherman appointed with Pretrial Services to retrieve more information to aid in determining final CJA eligibility
-Detention Hearing set for 8/16/2018 at 3:00 PM, Preliminary Hearing set for 8/24/2018 at 11:30 AM
-Dft remanded to custody of USMS